UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SARAH E. DECANTIS,           :
                             :
        Plaintiff            :    No. 3:15-CV-0507
                             :
    vs.                      :    (Judge Nealon)
                             :
CAROLYN W. COLVIN, Acting    :
Commissioner of Social Security, :
                             :
        Defendant            :

FILED
SCRANTON
AUG 29 2016
PER _____ DEPUTY CLERK

## ORDER

**AND NOW, THIS 26TH DAY OF AUGUST, 2016,** in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's appeal is **DENIED**;

2. The decision of the Commissioner of the Social Security Administration denying Plaintiff Sarah E. DeCantis disability insurance benefits and supplemental security income after July 30, 2012, is **AFFIRMED**; and

3. The Clerk of Court shall **CLOSE** this case.

/s/ William J. Nealon
**United States District Judge**